☐ Your case is currently pending before Judge _____

☐ Employees of the court are prohibited from giving legal advice.

☒ Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $9.00 per document. In the event the file must be retrieved from archives, an advance fee of $45.00 per file must be paid. (Note: The court may direct the clerk to provide copies without cost to an indigent defendant proceeding pro se in a criminal case. However, the granting of *in forma pauperis* status under 28 U.S.C.§1915 in a civil case does not entitle a litigant to free copies or services.) A summary of the page counts and necessary fees is provided:

(SEE BELOW UNDER OTHER)

☐ Pursuant to Local Rule 5.1 of the Local Rules for the United States District Court for the Northern District of Texas, "pleadings, motions, or other papers must not be sent directly to the judge." Such papers will not be filed but returned to the party or destroyed.

☐ Internal Use Only: In the event the Clerk cannot respond to the correspondence (e.g., illegibility, etc.), note reason:

☒ Other:

Complaint filed 6/5/01 - 7 pages @ $0.50 per page would cost $3.50
Indictment filed 6/19/01 - 4 pages @ $0.50 per page would cost $2.00
Total cost for both documents would be $5.50

Please make your check or money order payable to Clerk, U.S. District Court.

A seperate institutional check in the above amount is on it's way. Please send the complaint and indictment papers apond receiving the check

Thank you
Craig Alexander

RECEIVED
APR - 7 2011   1:12 PM
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



March 15, 2011

Craig Alexander
United States Penitentiary-POL
P.O. Box 2099
Pollock, LA 71467

Ms. Karen S. Mitchell
Clerk of Court
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue, Room C-209
Lubbock, TX 79401

RE: **USA vs Craig**, Case No. 5:01-CR-60-3

Dear Clerk:

At this time would you please send me a copy of the complaint, information, or affidavit that was filed against me by the DEA or any other Law Enforcement agency. Thank you in advance.

Sincerely,

*Craig Alexander*

Craig Alexander

cc:file:ca



Craig Alexander 10855-035
USP Pollock
P.O. Box 2099
Pollock, Louisiana 71467

⇔10855-035⇔
District Court
C-209 Texas AVE
1205
Lubbock, TX - 79401
United States



RECEIVED
APR - 7 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS