# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 03, 2011

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 08-10427, USA v. Craig Alexander
        USDC No. 5:01-CR-60-3

Enclosed is a copy of the Supreme Court order denying certiorari.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Charlene A. Vogelaar, Deputy Clerk
          504-310-7648



RECEIVED
■ - 9 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 31, 2011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Craig Alexander
         v. United States
         No. 10-10240
         (Your No. 08-10427)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk